# Exhibit 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,036,202

**United States Patent and Trademark Office**  Registered Feb. 4, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### SANDISK

SANDISK CORPORATION (DELAWARE CORPORATION)
3270 JAY STREET
SANTA CLARA, CA 95054 BY CHANGE OF NAME FROM SUNDISK CORPORATION (DELAWARE CORPORATION) SANTA CLARA, CA 95054

FOR: SEMICONDUCTOR MEMORIES AND MEMORY CONTROLLERS; ELECTRONIC CIRCUIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-5-1996; IN COMMERCE 1-5-1996.

SN 74-702,602, FILED 7-13-1995.

JAMES A. RAUEN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,036,203
Registered Feb. 4, 1997

## TRADEMARK
### PRINCIPAL REGISTER



SANDISK CORPORATION (DELAWARE CORPORATION)
3270 JAY STREET
SANTA CLARA, CA 95054 BY CHANGE OF NAME FROM SUNDISK CORPORATION (DELAWARE CORPORATION) SANTA CLARA, CA 95054

FOR: SEMICONDUCTOR MEMORIES AND MEMORY CONTROLLERS; ELECTRONIC CIRCUIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1–5–1996; IN COMMERCE 1–5–1996.

SN 74–702,603, FILED 7–13–1995.

JAMES A. RAUEN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,515,962
Registered Dec. 11, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## COMPACTFLASH

SANDISK CORPORATION (DELAWARE CORPORATION)
3270 JAY STREET
SANTA CLARA, CA 95054, BY CHANGE OF NAME FROM SUNDISK CORPORATION (DELAWARE CORPORATION) SANTA CLARA, CA 95054

FOR: SOLID STATE MEMORY CARTRIDGE SOLD BLANK OR CARRYING DATA-COMPRESSION SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-7-1995; IN COMMERCE 6-7-1995.

SER. NO. 74-543,923, FILED 6-29-1994.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,675,539
Registered Jan. 14, 2003

## TRADEMARK
PRINCIPAL REGISTER

### SANDISK ULTRA

SANDISK CORPORATION (DELAWARE CORPORATION)
140 CASPIAN COURT
SUNNYVALE, CA 94089

FOR: SOLID STATE MEMORY CARTRIDGES; SOLID STATE MEMORY DEVICES, NAMELY, ELECTRONIC CIRCUIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-30-2001; IN COMMERCE 10-30-2001.

OWNER OF U.S. REG. NOS. 2,036,202, 2,036,203, AND 2,267,082.

SN 76-223,099, FILED 3-12-2001.

SUE LAWRENCE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,754,118
Registered Aug. 19, 2003

## TRADEMARK
PRINCIPAL REGISTER

## CRUZER

SANDISK CORPORATION (DELAWARE CORPORATION)
140 CASPIAN COURT
SUNNYVALE, CA 94089

FOR: ADAPTER FOR USE IN ASSOCIATION WITH A SOLID STATE MEMORY DEVICE AND A COMPUTER BUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-2002; IN COMMERCE 5-31-2002.

SN 76-358,244, FILED 1-14-2002.

BRIAN PINO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,794,796
Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## SANDISK

SANDISK CORPORATION (DELAWARE CORPORATION)
140 CASPIAN COURT
SUNNYVALE, CA 94089

 FOR: SEMICONDUCTOR MEMORY DEVICES, NAMELY, INTEGRATED CIRCUITS, ELECTRONIC CIRCUIT CARDS AND CARTRIDGES, AND OTHER SEMICONDUCTOR DEVICES, NAMELY, FLASH MEMORY CARDS, CARTRIDGES, ADAPTERS, CONVERTERS, CONTROLLERS, PLAYERS, READERS, STORAGE MODULES, AND COMPUTER PERIPHERALS; PORTABLE AUDIO AND VIDEO PLAYERS/RECORDERS WHICH USE SEMICONDUCTOR DEVICES AS RECORDING MEDIA; AND COMPUTER OPERATING PROGRAMS FOR SEMICONDUCTOR MEMORY DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

 FIRST USE 1-5-1996; IN COMMERCE 1-5-1996.

 OWNER OF U.S. REG. NOS. 2,036,202, 2,675,539 AND OTHERS.

 SER. NO. 78-179,047, FILED 10-28-2002.

SHANNA WINTERS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,921,645
Registered Jan. 25, 2005

## TRADEMARK
PRINCIPAL REGISTER

## RESCUEPRO

SANDISK CORPORATION (DELAWARE CORPORATION)
140 CASPIAN COURT
SUNNYVALE, CA 94089

FOR: COMPUTER SOFTWARE FOR RECOVERING DATA FROM FLASH MEMORY CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-2003; IN COMMERCE 8-25-2003.

SN 78-247,821, FILED 5-9-2003.

SHARON MEIER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,964,378
Registered June 28, 2005

## TRADEMARK
PRINCIPAL REGISTER

### SANDISK EXTREME

SANDISK CORPORATION (DELAWARE CORPORATION)
140 CASPIAN COURT
SUNNYVALE, CA 94089

   FOR: SEMICONDUCTOR MEMORY DEVICES, NAMELY, INTEGRATED CIRCUITS, ELECTRONIC CIRCUIT CARDS AND CARTRIDGES, AND FLASH MEMORY CARDS, CARTRIDGES, ADAPTERS, CONVERTERS, CONTROLLERS, PLAYERS, READERS, STORAGE MODULES, AND COMPUTER PERIPHERALS; PORTABLE DIGITAL RECORDING AND DATA STORAGE UNITS; AND COMPUTER SOFTWARE FOR CONTROLLING AND OPERATING SEMICONDUCTOR MEMORY DEVICES AND PORTABLE DIGITAL DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

   FIRST USE 8-25-2003; IN COMMERCE 8-25-2003.

   SN 78-233,496, FILED 4-3-2003.

LINDA M. KING, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

**Reg. No. 3,325,767**
Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER



SANDISK CORPORATION (DELAWARE CORPORATION)
601 MCCARTHY BOULEVARD
MILPITAS, CA 95035

FOR: FLASH MEMORY CARDS FOR USE WITH CAMERAS AND OTHER PORTABLE ELECTRONIC DEVICES AND USB FLASH DRIVES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-30-2004; IN COMMERCE 11-30-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE TECHNOLOGY, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF ESP TECHNOLOGY (AND DESIGN).

SN 78-485,462, FILED 9-17-2004.

MELVIN AXILBUND, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# SANDISK EXTREME PRO

| | |
|---|---|
| **Reg. No. 4,012,937** | SANDISK CORPORATION (DELAWARE CORPORATION) |
| **Registered Aug. 16, 2011** | 601 MCCARTHY BOULEVARD<br>MILPITAS, CA 95035 |
| **Int. Cl.: 9** | FOR: SEMICONDUCTOR MEMORY DEVICES, NAMELY, INTEGRATED CIRCUITS, ELECTRONIC CIRCUIT CARDS AND CARTRIDGES, AND FLASH MEMORY CARDS, CARTRIDGES, ADAPTERS, CONVERTERS, CONTROLLERS, PLAYERS, READERS, STORAGE MODULES, AND COMPUTER PERIPHERALS; PORTABLE DIGITAL RECORDING AND DATA STORAGE UNITS; AND COMPUTER SOFTWARE FOR CONTROLLING AND OPERATING SEMICONDUCTOR MEMORY DEVICES AND PORTABLE DIGITAL DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,675,539, 2,964,378, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRO", APART FROM THE MARK AS SHOWN.

SN 77-783,709, FILED 7-17-2009.

KATHRYN COWARD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,142,944**
**Registered May 15, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



SANDISK CORPORATION (DELAWARE CORPORATION)
601 MCCARTHY BOULEVARD
MILPITAS, CA 95035

FOR: SEMICONDUCTOR MEMORY DEVICES, NAMELY, INTEGRATED CIRCUITS, ELECTRONIC CIRCUIT CARDS AND CARTRIDGES, AND OTHER SEMICONDUCTOR DEVICES, NAMELY, FLASH MEMORY CARDS, CARTRIDGES, ADAPTERS, CONVERTERS, CONTROLLERS, PLAYERS, READERS, STORAGE MODULES IN THE NATURE OF BLANK FLASH MEMORY CARDS, AND COMPUTER PERIPHERALS; PRELOADED MEMORY CARDS FEATURING AUDIO AND VIDEO CONTENT IN THE FIELD OF ENTERTAINMENT, NAMELY, MUSIC, MUSICAL VIDEOS, RELATED FILM CLIPS, INFORMATION ABOUT MUSIC AND MUSICIANS, GAMES; PORTABLE AUDIO AND VIDEO PLAYERS/RECORDERS WHICH USE SEMICONDUCTOR DEVICES AS RECORDING MEDIA; AND COMPUTER OPERATING PROGRAMS FOR SEMICONDUCTOR MEMORY DEVICES; DOWNLOADABLE COMPUTER OPERATING SOFTWARE; COMPUTER OPERATING SOFTWARE; SOFTWARE FOR THE INTEGRATION OF DIGITAL FILES INTO AN INTERACTIVE DELIVERY PLATFORM FOR MULTIMEDIA APPLICATIONS; SOFTWARE FOR DOWNLOADING, VIEWING, LISTENING TO, AND RETRANSMITTING DIGITAL FILES FROM THE INTERNET; SOFTWARE FOR TRANSMISSION OF DIGITAL FILES AND DOWNLOADED CONTENT FROM ANY STORAGE DEVICE TO ANY ELECTRONIC COMMUNICATIONS INSTRUMENT AND BETWEEN SUCH INSTRUMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2009; IN COMMERCE 6-0-2009.

THE MARK CONSISTS OF A VERTICAL RECTANGULAR RED SHAPE, WITH A CROPPED UPPER RIGHT CORNER.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 77-591,338, FILED 10-13-2008.

TRACY FLETCHER, EXAMINING ATTORNEY

*David J. Kappos*
Director of the United States Patent and Trademark Office



# CRUZER EDGE

| | |
|---|---|
| **Reg. No. 4,208,709** | SANDISK CORPORATION (DELAWARE CORPORATION)<br>601 MCCARTHY BOULEVARD |
| **Registered Sep. 18, 2012** | MILPITAS, CA 95035 |
| **Int. Cl.: 9** | FOR: BLANK USB FLASH DRIVES; PRE-RECORDED USB FLASH DRIVES FEATURING SOFTWARE FOR SECURITY AND ENCRYPTION OF DATA; EXTERNAL COMPUTER HARD DRIVE WITH A USB CONNECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 12-0-2010; IN COMMERCE 12-0-2010. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,754,118, 3,104,782 AND OTHERS. |
| | SER. NO. 85-365,905, FILED 7-7-2011. |
| | CHRIS WELLS, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# CRUZER BLADE

**Reg. No. 4,212,481**  
**Registered Sep. 25, 2012**  
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SANDISK CORPORATION (DELAWARE CORPORATION)  
601 MCCARTHY BOULEVARD  
MILPITAS, CA 95035

FOR: BLANK USB FLASH DRIVES; PRE-RECORDED USB FLASH DRIVES FEATURING SOFTWARE FOR SECURITY AND ENCRYPTION OF DATA; EXTERNAL COMPUTER HARD DRIVE WITH A USB CONNECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2010; IN COMMERCE 4-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,754,118, 3,104,782 AND OTHERS.

SER. NO. 85-365,899, FILED 7-7-2011.

CHRIS WELLS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,264,597**
**Registered Dec. 25, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



SANDISK CORPORATION (DELAWARE CORPORATION)
601 MCCARTHY BOULEVARD
MILPITAS, CA 95035

FOR: SEMICONDUCTOR MEMORY DEVICES, NAMELY, INTEGRATED CIRCUITS, ELECTRONIC CIRCUIT CARDS, AND OTHER SEMICONDUCTOR DEVICES, NAMELY, FLASH AND NON-FLASH MEMORY CARDS, CARTRIDGES, MEMORY CARD ADAPTERS, MEMORY CARD CONTROLLERS, MEMORY CARD PLAYERS, MEMORY CARD READERS, STORAGE MODULES IN THE NATURE OF BLANK FLASH MEMORY CARDS, AND COMPUTER PERIPHERALS; PORTABLE AUDIO PLAYERS/RECORDERS WHICH USE SEMICONDUCTOR DEVICES AS RECORDING MEDIA; AND COMPUTER OPERATING PROGRAMS FOR SEMICONDUCTOR MEMORY DEVICES; DOWNLOADABLE SOFTWARE AND SOFTWARE RECORDED ON DATA MEDIA, NAMELY, COMPUTER OPERATING SOFTWARE; ENTERPRISE SOLID STATE DRIVES; EMBEDDED MEMORY STORAGE DRIVES; BLANK USB FLASH DRIVES; PRE-RECORDED USB FLASH DRIVES FEATURING SOFTWARE FOR SECURITY AND ENCRYPTION OF DATA; EXTERNAL COMPUTER HARD DRIVE WITH A USB CONNECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2007; IN COMMERCE 2-0-2007.

OWNER OF U.S. REG. NOS. 2,675,539, 2,964,378 AND OTHERS.

THE MARK CONSISTS OF THE WORD "SANDISK" WITH AN OPEN "D" AND A CONNECTED "N" AND "D".

SER. NO. 85-625,878, FILED 5-15-2012.

KATHY DE JONGE, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office



# CRUZER FIT

| | |
|---|---|
| **Reg. No. 4,276,516** | SANDISK CORPORATION (DELAWARE CORPORATION) |
| **Registered Jan. 15, 2013** | 601 MCCARTHY BOULEVARD<br>MILPITAS, CA 95035 |
| **Int. Cl.: 9** | FOR: BLANK USB FLASH DRIVES; PRE-RECORDED USB FLASH DRIVES FEATURING SOFTWARE FOR SECURITY AND ENCRYPTION OF DATA; EXTERNAL COMPUTER HARD DRIVE WITH A USB CONNECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | FIRST USE 2-0-2010; IN COMMERCE 2-0-2010. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>OWNER OF U.S. REG. NOS. 2,754,118, 3,104,782, AND OTHERS.<br><br>SN 85-341,074, FILED 6-8-2011.<br><br>MAYUR VAGHANI, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,321,691**  SANDISK CORPORATION (DELAWARE CORPORATION)
　　　　　　　　　　　　951 SANDISK DRIVE
**Registered Apr. 16, 2013** MILPITAS, CA 950357933

**Int. Cl.: 9**  FOR: MOBILE APPLICATION SOFTWARE THAT ALLOWS USERS TO MANAGE AND TRANSFER DIGITAL DATA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**  FIRST USE 9-26-2011; IN COMMERCE 9-26-2011.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF THE DESIGN OF A RED SQUIRREL WITH WHITE EYES HOLDING A BLACK GEOMETRIC OBJECT.

THE COLOR(S) RED, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-419,375, FILED 9-9-2011.

CHRIS WELLS, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



United States Patent and Trademark Office

# CRUZER GLIDE

**Reg. No. 4,393,423**  
**Registered Aug. 27, 2013**  
**Int. Cl.: 9**  

**TRADEMARK**  
**PRINCIPAL REGISTER**

SANDISK CORPORATION (DELAWARE CORPORATION)  
951 SANDISK DRIVE  
MILPITAS, CA 950357933

FOR: BLANK USB FLASH DRIVES; PRE-RECORDED USB FLASH DRIVES FEATURING SOFTWARE FOR SECURITY AND ENCRYPTION OF DATA; EXTERNAL COMPUTER HARD DRIVE WITH A USB CONNECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2012; IN COMMERCE 4-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,754,118, 3,427,666, AND OTHERS.

SN 85-614,495, FILED 5-2-2012.

KATHY DE JONGE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# SANDISK SECUREACCESS

| | |
|---|---|
| **Reg. No. 4,455,564** | SANDISK CORPORATION (DELAWARE CORPORATION)<br>951 SANDISK DRIVE |
| **Registered Dec. 24, 2013** | MILPITAS, CA 950357933 |
| **Int. Cl.: 9** | FOR: SOFTWARE FOR USE WITH USB FLASH DRIVES FOR PASSWORD PROTECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | FIRST USE 6-30-2011; IN COMMERCE 6-30-2011. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,675,539, 2,964,378, AND OTHERS. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SECURE ACCESS", APART FROM THE MARK AS SHOWN. |
| | SN 85-471,729, FILED 11-14-2011. |
| | JACLYN KIDWELL WALKER, EXAMINING ATTORNEY |



Commissioner for Trademarks of the
United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CRUZER FORCE

**Reg. No. 4,544,756**  
**Registered June 3, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SANDISK CORPORATION (DELAWARE CORPORATION)  
951 SANDISK DRIVE  
MILPITAS, CA 950357933

FOR: BLANK USB FLASH DRIVES; PRE-RECORDED USB FLASH DRIVES FEATURING SOFTWARE FOR SECURITY AND ENCRYPTION OF DATA; EXTERNAL COMPUTER HARD DRIVE WITH A USB CONNECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2013; IN COMMERCE 4-30-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,754,118, 4,212,481, AND OTHERS.

SN 85-887,591, FILED 3-27-2013.

HANNO RITTNER, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office